PETER W. ANDERSON

v.

SVEN O. OLIN ET AL.

*Practice—Assignment of Errors.*

Appellant having assigned no errors upon the record the appeal is dismissed.

[Opinion filed April 29, 1892.]

APPEAL from the Superior Court of Cook County; the Hon. HENRY M. SHEPARD, Judge, presiding.

Mr. FRANK F. REED, for appellant.

Messrs. Blanke & Chytraus, for appellee.

Gary, J.   This is an attempt by the appellant to avoid by another bill in chancery the effect of a former suit to which he was a party, served with process, and which he neglected.

Probably we should find little difficulty in showing that the decree dismissing the bill is right, if the question were before us; but no errors being assigned upon the record, although the appellees call attention in their brief to the omission, and the appellant files a reply, we can only dismiss the appeal without costs.   Waixel v. Harrison, 35 Ill. App. 571.

*Appeal dismissed.*

Judge Shepard takes no part in this case.